IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENNETH JOHNSON, JR.                                                    PLAINTIFF

v.                                          Civil No. 2:12-cv-02004

MICHAEL J. ASTRUE                                                      DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before this Court is Defendant's Motion for Extension of Time.  ECF No. 12.  With this

Motion, Defendant seeks to extend the time to file his appeal brief to June 20, 2012.  *Id.*  Plaintiff

has no objections to this request.  **Therefore, this Court finds Defendant's Motion is well-taken**

**and should be GRANTED.  Defendant is given until June 20, 2012 to file his appeal brief.**

**ENTERED this 21ˢᵗ day of May, 2012.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1