IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENNETH JOHNSON, JR.                                                              PLAINTIFF

vs.                                    Civil No. 2:12-cv-02004

MICHAEL J. ASTRUE                                                                 DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before this Court is Defendant's Motion to Reverse and Remand.  ECF No. 15.  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 14.  Pursuant to this authority, this Court issues this Memorandum Opinion.

On June 6, 2012, Defendant filed the present Motion.  ECF No. 15.  Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.*  This Court has contacted Plaintiff's counsel, and Plaintiff has no objections to this Motion.  Accordingly, Defendant's Motion to Reverse and Remand (ECF No. 15) is **GRANTED.**  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 16th day of July 2012.**

                                                      s/ Barry A. Bryant
                                                      HON. BARRY A. BRYANT
                                                      U. S. MAGISTRATE JUDGE