IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENNETH JOHNSON, JR.                                                                          PLAINTIFF

vs.                                    Civil No. 2:12-cv-02004

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before this Court is Defendant's Motion to Reverse and Remand. ECF No. 15. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 14. Pursuant to this authority, this Court issues this Memorandum Opinion.

On June 6, 2012, Defendant filed the present Motion. ECF No. 15. Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings. *Id.* This Court has contacted Plaintiff's counsel, and Plaintiff has no objections to this Motion. Accordingly, Defendant's Motion to Reverse and Remand (ECF No. 15) is **GRANTED.** A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 16th day of July 2012.**

                                                                s/ Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE